Submitted on record and briefs December 15, 1977, affirmed January 16, reconsideration denied February 23, petition for review denied March 28, 1978

STATE OF OREGON, *Respondent,*
*v.*
DOUGLAS RICHARD ROMERO, *Appellant.*
(No. C 77 03 04495, CA 8386)
572 P2d 1335

Howard R. Lonergan and Clinton A. Lonergan, Portland, filed the briefs for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem, filed brief for respondent.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

Affirmed. *United States v. Watson,* 423 US 411, 96 S Ct 820, 46 L Ed 2d 598 (1976); *Schneckloth v. Bustamonte,* 412 US 218, 93 S Ct 2041, 36 L Ed 2d 854 (1973); *State v. Flores,* 280 Or 273, 570 P2d 965 (1977); *State v. Douglas,* 260 Or 60, 488 P2d 1366, *cert den* 406 US 974 (1971).